# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1211
LT Case No. 2021-DR-000854

_____

BRANDI H. BOZEMAN n/k/a
Brandi Hiott,

    Appellant,

    v.

BRETT E. BOZEMAN,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Nassau County.
Steven M. Fahlgren, Judge.

Alexa K. Alvarez, of Alexa K. Alvarez, P.A., Fernandina Beach,
for Appellant.

Andrew M. Bonderud, Austin M.M. Kwikkel, and Ciara
Henderson Stafford, of The Bonderud Law Firm, P.A.,
Jacksonville, for Appellee.


January 22, 2026

PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*